# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### EUREKA DIVISION

| | |
|---|---|
| JILL SCHOONMAKER,<br><br>            Plaintiff,<br><br>      v.<br><br>CITY OF EUREKA,<br><br>            Defendant. | Case No.  17-cv-06749-VC   (RMI)<br><br>**ORDER**<br><br>Re: Dkt. No. 93 |

Pending before the court is a Joint Letter Brief Regarding Discovery Dispute (Doc. 93) in which the Parties narrate their disagreements along the course of attempting to schedule certain depositions prior to the settlement conference currently scheduled for January 23, 2019. The court hereby ORDERS that the depositions of William Folger, Gary Bird, and Greg Sparks shall take place prior to the settlement conference.

It is the province of the Parties to jointly agree to the time and place for the setting of the ordered depositions. Therefore, the Parties are ORDERED to meet and confer forthwith, by telephone if necessary, and to file a joint statement by no later than 12:00 pm on December 20, 2018, notifying the court of the agreed-upon dates for such depositions.

**IT IS SO ORDERED.**

Dated: December 19, 2019.

ROBERT M. ILLMAN
United States Magistrate Judge